United States District Court
Southern District of Texas
ENTERED
AUG 0 4 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 4 1998
Michael N. Milby, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| TEXAS BANK & TRUST | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. |
| | ) |
| RAY R. MARCHAN, ETC. | ) B-98-017 |

## ORDER SETTING HEARING ON
## DEFENDANT'S ORDER AUTHORIZING INTERLOCUTORY SALE

On this the __4th__ day of ~~July~~ August, 1998, came before me to be considered the foregoing Plaintiff's Order Authorizing Interlocutory Sale and the court is of the opinion that the same should be set for an oral hearing;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that an oral hearing be set on Plaintiff's Order Authorizing Interlocutory Sale for the __13th__ day of __August__, 1998, at __9:30__ o'clock __a__.m. in the U.S. District Court for the Southern District of Texas, Brownsville Division.

Signed this the __4th__ day of ~~July~~ August, 1998.

_____
PRESIDING JUDGE