UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



TEXAS BANK & TRUST             *

    VS                         *   C.A. NO. B98 017

RAY R. MARCHAN, ET AL          *

## ORDER SETTING CONFERENCE

The a status conference in above-captioned and numbered cause of action is hereby set for **September 10, 1998, at 9:30 a.m.**

DONE at Brownsville, Texas, this 1st day of September, 1998.

John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520