31

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Texas Bank & Trust §
§
§
versus §
§    CIVIL ACTION B-98-17
§
Ray R Marchan, etc, et al §
§

United States District Court
Southern District of Texas
ENTERED

OCT 0 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Final Order of Dismissal

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673, 1677 (1994).

Signed _October 6_____, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge